**UNITED STATES of America**

v.

**Wilbur JONES, Appellant.**

**No. 72-1479.**

United States Court of Appeals, District of Columbia Circuit.

Nov. 28, 1972.

Before BAZELON, Chief Judge, and TAMM and LEVENTHAL, Circuit Judges.

**884**

## ORDER

PER CURIAM.

On consideration of appellant's motion for leave to file a non-conforming pleading, it is

Ordered by the Court that the motion is granted and the Clerk is directed to file appellant's lodged motion for release on non-financial conditions pending appeal, and appellee's lodged opposition thereto. On consideration of the foregoing, it is

Further ordered by the Court that appellant's aforesaid motion for release on non-financial conditions is denied.

Chief Judge BAZELON would grant the motion for release on non-financial conditions pending appeal and may file an opinion at a later date.